NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC A. WELCH,                              )
                                            )
            Appellant,                      )
                                            )
v.                                          )          Case No. 2D17-4766
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
_____)

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Kimberly K.
Fernandez, Judge.

Eric A. Welch, pro se.


PER CURIAM.

        Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Betancourt v.
State, 804 So. 2d 313 (Fla. 2001); State v. King, 426 So. 2d 12 (Fla. 1982); Franke v.
State, 997 So. 2d 424 (Fla. 2d DCA 2008); Shortridge v. State, 884 So. 2d 321 (Fla. 2d
DCA 2004); Mosely v. State, 688 So. 2d 999 (Fla. 2d DCA 1997); Desmond v. State,
576 So. 2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52 (Fla. 2d DCA 1985);
Foss v. State, 834 So. 2d 404 (Fla. 5th DCA 2003); McMillan v. State, 832 So. 2d 946
(Fla. 5th DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).


CRENSHAW, MORRIS, and SLEET, JJ., Concur.